stated. Robert K. Walton, for appellant. Emmet J. Murphy, for respondent.

PER CURIAM. The order should be reversed and the amount of permanent alimony for the plaintiff's support and that of her child reduced to $200 per month, reserving the right to the wife to apply for a restoration of the amount fixed by the final judgment upon showing a change in the defendant's financial condition.

KESTENBERG, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Hindy Kestenberg, as administratrix, against the New York, New Haven & Hartford Railroad Company. H. H. Davis, for appellant. C. M. Sheafe, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KILE, Respondent, v. EVANS, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Joseph S. Kile, as executor of Joseph S. Kile, deceased, against Alice M. Evans. No opinion. Judgment and order unanimously affirmed, with costs.

KILEY, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by John F. Kiley against Llewellyn E. Jones.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that the relation of master and servant did not exist between the defendant and Kerr's workman, who took charge of the car.

KILEY, Respondent, v. BROCKWAY et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by John J. Kiley against Edith Brockway, as executrix, and George A. Brockway, as executor, etc., of William N. Brockway, deceased, and others. No opinion. Judgment and order unanimously affirmed, with costs.

KING v. W. J. BLOCK AMUSEMENT CO. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Alice F. H. King against the W. J. Block Amusement Company. No opinion. Motion denied, with $10 costs. Order filed. See 111 N. Y. Supp. 10—.

KIRBY v. MONTGOMERY BROS. & CO. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by John Kirby against Montgomery Bros. & Co.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for defendant upon the nonsuit, with costs.

SPRING and KRUSE, JJ., dissent.

KISSENA PARK CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by the Kissena Park Corporation against the

city of New York. No opinion. Judgment affirmed on argument, with costs.

KISSENA PARK CORPORATION, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by the Kissena Park Corporation against the city of New York. No opinion. Order affirmed on argument, with $10 costs and disbursements.

KOEHLER & CO. v. CLEMENT. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Koehler & Co. against Maynard N. Clement. No opinion. Motion granted. Order resettled.

KOENIG v. WAGENER. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Marie Koenig, as administratrix, against August P. Wagener, as surviving administrator, etc. No opinion. Motion denied, with $10 costs. Order filed.

KOHL, Appellant, v. JETTER, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Lawrence E. Kohl against George J. Jetter.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent.

KOHN, Appellant, v. SELIGMAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Samuel Kohn against Abraham Seligman, etc. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is against the evidence.

KONNEMANN v. RAHMEYER. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Gustave Konnemann against Reinhard Rahmeyer. From an order granting a motion appointing defendant receiver of the partnership property. defendant appeals. Reversed. Edward A. Pfeffer, for appellant. Bernard Bernbaum, for respondent.

PER CURIAM. The order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs, on the ground that a receivership before final judgment of the property acquired after the dissolution of the copartnership is improper.

KRAUS, Respondent, v. TOOP et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Morris Kraus against Isaac Toop and others. No opinion. Judgment of the County Court of Kings county affirmed, without costs.

LAKIN, Appellant, v. SUTTON, Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Mary Sutton Lakin, as administratrix of Martha Sutton, deceased, against Agnes P. Sutton. No opinion. Judgment of the County Court affirmed, with costs.